FORM C9B
1ECB949531 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

|  |  |
|---|---|
| A.P. BY HIS MOTHER AND LEGAL GUARDIAN ALICIA GOMEZ ET AL, | Index No: 08CV2409<br>Date Filed: 00/00/0000<br>Office No:<br>Court Date: |

PLAINTIFF

– vs. –

THE CITY OF NEW YORK ETAL,

DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

NARCES WHITE being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **03/12/2008** at **04:29PM** at **100 CHURCH ST , NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JUDGES INDIVIDUALS PRACTICES** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMEKIA MENDES–GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| SEX: FEMALE | COLOR: BLACK | HAIR: BLACK |
|---|---|---|
| APP. AGE: 28 | APP. HT: 5'5 | APP. WT: 140 |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **03/13/2008**.

HARVEY TAUBER
Notary Public State of New York
No. 01TA46570012
Qualified in BRONX
Commission Expires 12/31/2010

NARCES WHITE – 1270728
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML