

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

March 31, 2008

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
3/31/08

RECEIVED
MAR 31 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

**BY HAND**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: A.P., et al. v. City of New York, et al., 08 CV 2409 (JGK)

Dear Judge Koeltl:

      I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendant City of New York in the above-referenced action brought pursuant to 42 U.S.C. § 1983. Defendant respectfully requests that its time to respond to the complaint be extended by sixty days from the current due date of April 1, 2008, to June 2, 2008. Although I have exchanged several telephone messages with plaintiffs' counsel, I have been unable to reach him to discuss his consent to this request.

      Defendant requests this initial enlargement of time because, in keeping with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. It appears from the complaint that plaintiffs are alleging violations of their Constitutional rights related to an incident that took place on or about March 11, 2007. Based on plaintiffs' allegations, it appears that the records of the underlying criminal matter, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to plaintiffs for execution consents and authorizations for the release of sealed records so that defendant can access the information, properly assess the case, and respond to the complaint. At this stage, we do not even know the identities of the plaintiffs, as they are presently named by pseudonym. We also do not know the identities of any New York City employees who may have information concerning the purported underlying events, as none are named in the complaint. Additionally, I am scheduled to be on trial before the Honorable Sidney H. Stein in

an unrelated matter beginning on April 1, 2008, and the trial is expected to last at least through the week ending April 4, 2008, and possibly through the beginning of the following week.

No previous request for an extension of time to respond to the complaint has been made by defendant City of New York. Accordingly, we respectfully request that defendant City of New York's time to answer or otherwise respond to the complaint be extended to June 2, 2008, and that the initial conference be set for a date thereafter that is convenient for the Court.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein (SS 2476)

cc: Andrew Celli, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(by hand)