UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.P., a minor, by his mother and legal
guardian Alicia Gomez; AND R.H., a
minor, by his mother and legal guardian
Fausta Hoyas,

                        Plaintiffs,

-against-

The City of New York and John Does #1-10,

                        Defendants.
------------------------------------------------------------x

08 Civ. 2409

NOTICE OF APPEARANCE

ECF Case

      PLEASE TAKE NOTICE that ELORA MUKHERJEE (EM 0921) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiffs in the above-entitled action and requests that all papers filed through the ECF system be served upon her by email.

Dated: New York, New York
       April 1, 2008

By: _____
Elora Mukherjee (EM 0921)

EMERY CELLI BRINCKERHOFF
& ABADY LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
emukherjee@ecbalaw.com