UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

A.P., a minor, by his mother and legal guardian Alicia Gomez; AND R.H., a minor, by his mother and legal guardian Fausta Hoyas,

                                   Plaintiffs,

          -against-

THE CITY OF NEW YORK AND JOHN DOES #1-10,

                                 Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 2409 (JGK)

(filed by ECF)

       **PLEASE TAKE NOTICE** that Susan P. Scharfstein hereby enters an appearance for defendant City of New York, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo. Please forward any notices concerning this case to the undersigned.

       I certify that I am admitted to practice before this Court.

Dated:      New York, New York
               July 7, 2008

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the
                                  City of New York
                                 Attorney for Defendant City of New York
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 227-4071
                                 sscharfs@law.nyc.gov

                          By:          /S/
                                 SUSAN P. SCHARFSTEIN (SS 2476)