UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - :
A.P., a minor, by his mother            : 08 Civ. 2409 (JGK) (JCF)
and legal guardian Alicia Gomez;         :
AND R.H., a minor, by his mother         :     O R D E R
and legal guardian Fausta Hoyas,         :
                                         :
              Plaintiffs,                :
                                         :
      - against -                        :
                                         :
THE CITY OF NEW YORK and JOHN            :
DOES #1-10,                              :
              Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference having been held on July 7, 2008, it is hereby ORDERED as follows:

    1. Plaintiffs' application to proceed by pseudonym is denied. The only factor favoring protection of the plaintiffs' identities is their age. See Doe v. Del Rio, 241 F.R.D. 154, 157 (S.D.N.Y. 2006). The safety concerns raised by the plaintiffs are unsupported and entirely speculative. By contrast, allowing the plaintiffs to maintain anonymity would likely impede the defendants' ability to investigate the claims and would contravene the "'constitutionally-embedded presumption of openness in judicial proceedings.'" Id. (quoting Free Speech v. Reno, No. 98 Civ. 2680, 1999 WL 47310, at *2. (S.D.N.Y. Feb. 1, 1999)).

    2. Plaintiffs shall execute the requested releases by July 15, 2008.

3. Defendants shall answer the Complaint by July 31, 2008.

SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 7, 2008

Copies mailed this date:

Elora Mukherjee, Esq.
Andrew G. Celli, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza - 20th Floor
New York, New York 10019

Susan P. Scharfstein, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007