RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2008

August 18, 2008

**By Fax**

The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7912

Re:   A.P., et al. v. City of New York
      08 Civ 2409 (JGK)

Dear Judge Koeltl:

1. The August 21, 2008 Conference is Canceled.
2. The Court will enter a 30 day order.

So Ordered.
[signature] J. G. Koeltl
8/18/08   U.S.D.J.

The parties have settled the above-captioned case. Copies of the Rule 68 offers and acceptance are attached. The parties will negotiate "reasonable attorneys' fees and costs" this week, and plaintiffs will submit a proposed judgment shortly.

Accordingly, the parties jointly request that the August 21, 2008 conference be marked off the calendar.

Respectfully submitted,

[signature]

Elizabeth S. Saylor (ESS 8091)

c:   Susan P. Scharfstein, *Counsel for Defendants*, by fax